```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WELLBUTRIN XL         :      CIVIL ACTION
ANTITRUST LITIGATION         :
                             :
                             :      NO. 08-2431 (direct)
                             :      NO. 08-2433 (indirect)
```

ORDER

AND NOW, this 11th day of May, 2012, upon consideration of the Biovail Defendants' Motion for Summary Judgment (Docket No. 410 in 08-cv-2431; Docket No. 378 in 08-cv-2433), the GSK Defendants' Motion for Summary Judgment (Docket No. 411 in 08-cv-2431; Docket No. 379 in 08-cv-2433), the plaintiffs' consolidated opposition thereto, the defendants' replies in support, the plaintiffs' post-hearing submission, and following oral argument on March 20, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motions are GRANTED IN PART.

The Court does not decide today the motions for summary judgment as to the settlement transaction.  The motions are granted as to the patent infringement lawsuits and the citizen petition.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.