# EXHIBIT A

FIRM NAME: Lowey Dannenberg Cohen & Hart, P.C.
REPORTING PERIOD: 04/01/13 to 04/30/13

Categories
[1] Investigations, Factual Research
[2] Discovery
[3] Pleadings, Briefs and Pretrial Motions (including legal research)
[4] Court Appearances
[5] Settlements
[6] Litigation Strategy and Analysis
[7] Class Certification
[8] Case Management and Administration
[9] Experts

| Name | Status* | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | Current Hours | Current Lodestar | Total Hours | Hourly Rate | CUMULATIVE LODESTAR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard W. Cohen | | | | | | 2.0 | | 0.5 | | | 2.5 | $2,000.00 | 831.0 | $800.00 | $647,545.00 |
| Geoffrey M. Horn | | | | | | 1.0 | | | | | 1.0 | $725.00 | 26.8 | $725.00 | $18,306.50 |
| Peter D. St. Phillip, Jr | | | | | | 13.4 | | | | | 13.4 | $9,715.00 | 1,736.0 | $725.00 | $1,157,680.00 |
| Gerald Lawrence | | | | | | | | | | | 0.0 | $0.00 | 844.3 | $725.00 | $552,860.00 |
| Barbara Hart | | | | | | | | | | | 0.0 | $0.00 | 0.2 | $800.00 | $150.00 |
| TOTAL PARTNERS | | 0.0 | 0.0 | 0.0 | 0.0 | 16.4 | 0.0 | 0.5 | 0.0 | 0.0 | 16.9 | $12,440.00 | 3438.3 | | $2,376,541.50 |
| ASSOCIATES | | | | | | | | | | | | | | | |
| Karen Iannace | | | | | | | | | | | 0.0 | $0.00 | 1,114.3 | $375.00 | $417,862.50 |
| Todd S. Garber | | | | | | | | | | | 0.0 | $0.00 | 4.0 | $450.00 | $1,800.00 |
| Michael Goldklang | | | | | | | | | | | 0.0 | $0.00 | 2.8 | $260.00 | $728.00 |
| Scott V. Papp | | | | | | | | | | | 0.0 | $0.00 | 5.3 | $425.00 | $2,199.50 |
| Uriel Rabinovitz | | | | | | 6.6 | | | | | 6.6 | $2,145.00 | 539.1 | $325.00 | $168,480.00 |
| Raymond Girnys | | | | | | | | | | | 0.0 | $0.00 | 1.5 | $290.00 | $435.00 |
| TOTAL ASSOCIATES | | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 | $2,145.00 | 1,667.0 | | $591,505.00 |
| PARALEGALS | | | | | | | | | | | | | | | |
| Katherine Vogel | | | | | | | | | | | 0.0 | $0.00 | 44.6 | $275.00 | $12,265.00 |
| Elisa Horn | | | | | | | | | | | 0.0 | $0.00 | 11.5 | $95.00 | $1,092.50 |
| TOTAL PARALEGALS | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | $0.00 | 56.1 | | $13,357.50 |
| TOTALS: | | 0.0 | 0.0 | 0.0 | 0.0 | 23.0 | 0.0 | 0.5 | 0.0 | 0.0 | 23.5 | $14,585.00 | 5,161.4 | | $2,981,404.00 |

00116892.XLS