# Exhibit D

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re WELLBUTRIN XL ANTITRUST LITIGATION | ) ) ) ) | Civil Action No.: 2:08-cv-2433 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Honorable Mary A. McLaughlin |
| INDIRECT PURCHASER ACTIONS | ) ) | |

### AFFIDAVIT OF CHRISTOPHER M. WALSH, ESQ.

I, CHRISTOPHER M. WALSH, ESQ., declare as follows:

1.      I am a manager with Heffler Claims Group, ("Heffler"), the main offices of which are located at 1515 Market Street, Suite 1700, Philadelphia, Pennsylvania 19102.  Heffler was appointed by the Court and engaged by counsel for the parties to provide settlement notification in connection with the settlement reached in the above-captioned matter ("the Settlement").  I have personal knowledge of the matters set forth in this Affidavit, and if called upon as a witness, I could and would competently testify to these matters under penalty of perjury.

2.      Heffler has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, employment and labor, consumer and government enforcement matters.   Heffler has provided notification and/or claims administration services in more than 700 cases.

3.      The services provided by Heffler included: a) preparing, printing, mailing, and causing to be published the Class Notice to Class Members ("Notice"); b) processing and remailing of undeliverable Notices; c) establishing a Settlement website; and d) such other tasks as the parties mutually agreed that Heffler should perform.

4.      The Class includes:

> (1) All persons or entities who purchased an AB-rated generic bioequivalent of Wellbutrin XL ("generic XL") at any time during the "Class Period" (hereafter defined) in California, Florida, Nevada, New York, Tennessee and Wisconsin; and

> (2) All entities that purchased 150 mg or 300 mg Wellbutrin XL before an AB-rated generic bioequivalent was available for such dosages AND purchased generic XL in the same state after generic XL became available in California, Florida, Nevada, New York, Tennessee and Wisconsin.

> For purposes of the Class definition, persons and entities purchased Wellbutrin XL or generic XL if they paid some or all of the retail purchase price.

> Excluded from the Class are "flat co-payers" meaning natural persons whose only purchases of generic XL were made pursuant to contracts with third party payers ("TPP") whereby the amount paid by the natural person for generic XL was the same regardless of the retail purchase price.

> The Class Period begins November 14, 2005 and ends on April 29, 2011.

5.      Heffler performed the services listed herein under my supervision relating to the dissemination of the Notice dated, March 8, 2013.  A copy of the Notice is attached hereto as Exhibit A.

6.      Heffler obtained a mailing address of Wellbutrin XL Class Action, P.O. Box 58787, Philadelphia, PA 19102, to receive undeliverable Notices.

7.      On or about March 1, 2013, Heffler secured a mailing list containing a total of 34,335 names and last known addresses of third party payers in the states of California, Florida, Nevada, New York, Tennessee and Wisconsin.  Heffler then compiled the listings into a database.

8.      In order to provide the best notice practicable, Heffler ran the class list through the USPS National Change of Address database, for address standardization and updates.  All changes received were applied to the mailing database prior to the initial mailing.

2

9.      Heffler printed and mailed 34,335 Notices via postage pre-paid, first-class USPS mail on March 8, 2013.

10.     Heffler designated a website for Class Members www.wxlclassaction.com, which was available on March 8, 2013. The website was set up to ensure that Class Members could receive and review all of the relevant information pertinent to the Settlement. The website contained: 1) a description of the Settlement; 2) a list of important dates including: the claim form submission date, the Exclusion and Objection dates; and the Fairness Hearing Date; 3) case documents including: the Settlement Agreement, Second Amended Consolidated Class Action Complaint and Jury Demand for End Payors; Order Granting Plaintiff's Motion for Preliminary Approval of Endpayer Class Settlement, and Approving Proposed Form of Notice; Notice of Class Certification and Partial Proposed Biovail Settlement; Third-Party Payer Claim Form; Third-Party Payer Claim Chart; Calculated Claim Total Spreadsheet; Consumer Claim Form; and Wellbutrin XL and Generic NDC Codes. The site also contained a mailing address and telephone number for Class Members to utilize to contact the Claims Administrator, Class Action Settlement Services, LLC, if they should have questions pertaining to the Settlement.

11.     As of this date, 35 Notices have been returned by the post office with a forwarding address attached. In each case, the Notices were promptly remailed.

12.     As of this date, Heffler has performed address traces on all 4,497 undeliverable Notices returned without a forwarding address. The address trace (often called a "skip trace"), utilized the Class Member's name, previous address and Social Security number, or Tax ID number in order to try and locate a current address. Of the traces performed, 284 updated addresses were obtained. The Notices for these individuals were promptly remailed to those

Class Members via First Class mail at the updated address.  After these processes, a total of 4,213 Class Notices were ultimately deemed undeliverable.

13.  Pursuant to Paragraph Six of the Court's Order dated February 22, 2013, Heffler caused the Summary Notice of Class Action Settlement to be published in a number of print and electronic media outlets to reach a large percentage of the Class, meeting the requirements of due process and all applicable laws and court rules.  A listing of the print and media outlets in which the Notice was published is attached as Exhibit B.  A copy of the Verification of Publication Affidavits from these print and media outlets is attached as Exhibit C.  The Notice was scheduled to run in the Appleton Post-Crescent, and although promptly scheduled by Heffler to do so, due to a clerical error by the staff of the Appleton Post-Crescent, the Notice was not published.  The Appleton Post-Crescent is a relatively small newspaper with a circulation of fewer than 40,000 daily subscribers, servicing the East-Central portion of the State of Wisconsin.  The Summary Notice was published in much larger Wisconsin newspapers, The Green Bay Press Gazette and Milwaukee Journal-Sentinel.  Heffler is confident that through  publication in these two larger Wisconsin papers, as well as publication in large national magazines and Facebook and Google banner advertisements, that adequate notice was given to the class members in Wisconsin who the Summary Notice was intended to inform about this Settlement.  Heffler was also informed that Counsel had previously sent a letter to the Honorable Mary A. McLaughlin, informing her that the Notice in People Magazine appeared in the April 5, 2013 edition.  Proof of publication offered by People Magazine, which is attached as an Exhibit to this Affidavit, confirms that the Notice actually ran in the April 15, 2013 edition, which went on sale at newsstands on April 5, 2013.

I declare under penalty of perjury that the contents of this Declaration are true and correct to the best of my knowledge, information, and belief.

_____

Christopher M. Walsh, Esq.

**EXHIBIT A**

**If you Bought Wellbutrin XL® or its Generic Equivalent—A class action lawsuit could affect you.**

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE: www.wxlclassaction.com or 800-358-6980.**

**What is this case about?**—The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug. As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**—As a **Consumer**, you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included. As a **Third-Party Payer**, you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; **and/or** (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available.

**Time Period:** Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?**—If you think you are a Class member, get more information here: **www.wxlclassaction. com or 800-358-6980.**  Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.

**YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING**

**EXHIBIT B**

**Description and Dates of Publication of Summary Notice of Class Action Settlement**

**Print Media:**

People Magazine (Published in April 15, 2013 issue)

Star Magazine (Published in April 8, 2013 issue)

Soap Opera Digest (Published in April 8, 2013 issue)

**Newspapers:** Published in April 1, 2013 editions (except as noted)

California Papers:
Los Angeles Times
San Jose Mercury News
San Francisco Chronicle
San Diego Union Tribune

Florida Papers:
Tampa Tribune
Miami Herald
Gainesville Sun
Fort Myers Daily News

Nevada Papers:
Reno Gazette Journal

New York Papers:
New York Times
Rochester Democrat
New York Post
Syracuse Post-Standard (appeared in April 2, 2013 edition)

Tennessee Papers:
The Tennessean
The Jackson Sun
The Leaf-Chronicle

Wisconsin Papers:
Green Bay Press Gazette
Milwaukee Journal Sentinel

**Electronic Media:** Started April 1, 2013
Google Adwords, Facebook Banner Ads

**EXHIBIT C**



Bob Gero                                                        5-13-2013
President
HG Media Group LLC
1515 Market Street
Suite 1700
Philadelphia, PA 19102


Bob,

Thank you so much for your partnership with People Magazine.

This letter is to confirm that the legal notice 1/3 Black & White Wellbutrin XL advertisement ran on page 94 of the April 15, 2013 issue of People in the full circulation.


You should have also received checking copies of the issues featuring this advertisement. I hope this helps. Please let me know if there is anything else I can provide.


Thank you,

Brendan Hoey

Brendan Hoey
Account Manager - People



Date: March 11, 2013



### Insertion Order

| | |
|---|---|
| Publication: | **STAR** |
| Contact Name: | Bob Gero |
| Company: | HG Media |
| Address: | 1515 Market Street, Suite 1700 |
| | Philadelphia. PA 19102 |
| Phone: | 215-972-5053 |

Advertisement:  **Class Action Settlement – Wellbutrin XL**

Issues:  4/8/13

On Sale:  3/29/13

Net Rate:  $17,500 net

Payment Due:  On or before each AD CLOSE. See closing schedule.

Artwork Instructions:  Material due date 3/20/13
**https://americanmediainc.sendmyad.com**

Unit Size/Color:  1/3rd Page (.33) BW

Production Contact:  Thomas O'Connor – toconnor@amilink.com

We acknowledge the receipt of the above-mentioned order subject to the terms and provisions of our currently published rate card, which shall be deemed to include all of the terms of our agreement. We reserve the right to change rates or cancel ad without notice.  If terms are granted, all invoices are due Net 30 days.  Rates quoted are for camera-ready materials supplied by the advertiser.  Additional production services will be billed at cost. All ads requesting money must include a money back guarantee. All ads for phone services, must include "18 and over". This contract (insertion order) incorporates, and shall at all times remain subject to the advertising and editorial policies of AMI, Inc. as well as the General Conditions set forth in the media kit made available by AMI, Inc. (see attached General Conditions). In accordance with AMI terms and conditions, based on negotiated rates AMI does not guarantee rate base.  If this is a problem please contact your sales representative. Cancellation of space reservation cannot be accepted after the Space Reservation Deadline for the issue noted above.

Authorized Signature: _____ Date: 3/12/13

Print Name: _____ Robert L Gero

### PLEASE SIGN AND RETURN TO **GINA SCRIMA** Fax: 212-743-6699
4 NY Plaza, 2nd Flr., New York, New York 10004



Date: March 11, 2013



### Insertion Order

| | |
|---|---|
| Publication: | **Soap Opera Digest** |
| Contact Name: | Bob Gero |
| Company: | HG Media |
| Address: | 1515 Market Street, Suite 1700 |
| | Philadelphia. PA 19102 |
| Phone: | 215-972-5053 |

| | |
|---|---|
| Advertisement: | **Class Action Settlement – Wellbutrin XL** |
| Issues: | 4/8/13 |
| On Sale: | 4/1/13 |
| Net Rate: | $4,000 net |
| Payment Due: | On or before each AD CLOSE. See closing schedule. |
| Artwork Instructions: | Material due date 3/15/13 |
| | **https://americanmediainc.sendmyad.com** |
| Unit Size/Color: | 1/3rd Page (.33) BW |
| Production Contact: | Eric Vitoulis – evitoulis@amilink.com |

We acknowledge the receipt of the above-mentioned order subject to the terms and provisions of our currently published rate card, which shall be deemed to include all of the terms of our agreement. We reserve the right to change rates or cancel ad without notice.  If terms are granted, all invoices are due Net 30 days.  Rates quoted are for camera-ready materials supplied by the advertiser.  Additional production services will be billed at cost. All ads requesting money must include a money back guarantee. All ads for phone services, must include "18 and over". This contract (insertion order) incorporates, and shall at all times remain subject to the advertising and editorial policies of AMI, Inc. as well as the General Conditions set forth in the media kit made available by AMI, Inc. (see attached General Conditions). In accordance with AMI terms and conditions, based on negotiated rates AMI does not guarantee rate base.  If this is a problem please contact your sales representative. Cancellation of space reservation cannot be accepted after the Space Reservation Deadline for the issue noted above.

Authorized Signature: _____ Date: 3/12/13

Print Name: _____ Robert L Gero

PLEASE SIGN AND RETURN TO **GINA SCRIMA** Fax: 212-743-6699
4 NY Plaza, 2nd Flr., New York, New York 10004

RECORDING/FILING REQUESTED BY AND MAIL TO:
HG Media Group LLC
1515 Market St Ste 1700
Philadelphia, PA 19102

**PROOF OF PUBLICATION**
(California Code of Civil Procedure 2010, 2015.5)

STATE OF CALIFORNIA
County of Los Angeles

I am a citizen of the United States and a resident of the
aforesaid County.  I am over the age of eighteen years (18)
years, and not a party to or interested in the above-entitled
matter.  I am the Principal Clerk of the printer of the
**LOS ANGELES TIMES,** a newspaper of general
circulation, printed and published DAILY in the City
of Los Angeles, County of Los Angeles and which
newspaper was adjudged a newspaper of general circulation by
the Superior Court of the County of Los Angeles, State of California,
under the date of  April 28, 1952, Case Number  598599.
The notice, a true and correct copy of which is annexed, has been
published in each regular and entire issue of said newspaper on the
following dates, to wit:

MONDAY; APRIL 1, 2013

I certify (or declare) under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Dated at Los Angeles, California,

This 2nd day of April, 2013

_____
Signature

Angelina de Cordova

**If you bought Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit could affect you**

There is a lawsuit against Valeant Pharmaceuticals, Inc.,
formerly Biovail Corp. ("Biovail"), and SmithKline
Beecham Corporation doing business as GlaxoSmithKline
and GlaxoSmithKline plc (collectively "GSK") (together
with Biovail, "Defendants"), the companies that
manufactured and marketed the antidepressant Wellbutrin
XL. The Court in charge of the lawsuit has decided that it
should be a class action on behalf of a "Class," or group of
people and entities, that could include you. There is also
a proposed settlement with Valeant that may entitle you
to money.

**GET MORE INFORMATION HERE:**
www.wxlclassaction.com or 800-358-6980.

**What is this case about?**
The lawsuit claims that Defendants hurt competition and
violated state laws in California, Florida, Nevada, New
York, Tennessee, and Wisconsin by unlawfully delaying
the availability of less expensive generic versions of the
drug ("Generic XL"). As a result, the lawsuit claims,
certain consumers and third-party payers (defined below)
paid too much for the products in these states. Defendants
deny any wrongdoing.

**Are you included?**
**As a Consumer,** you may be included if you paid all or part
of the purchase price for the 150mg and/or 300mg dosage
of Generic XL for purchases made in California, Florida,
Nevada, New York, Tennessee and/or Wisconsin.
Consumers whose insurance plans require them to make a
flat co-payment (e.g. $5 for a generic drug prescription)
are not included in the Class, while consumers who are
obligated to pay a percentage of the purchase price (e.g.
20% of the price for a generic prescription) are included.
**As a Third-Party Payer,** you are a member of the Class if
you: (1) purchased Generic XL in California, Florida,
Nevada, New York, Tennessee and/or Wisconsin; and/or
(2) purchased 150 mg or 300 mg Wellbutrin XL in
California, Florida, Nevada, New York, Tennessee and/or
Wisconsin before Generic XL was available for such
dosages AND purchased Generic XL in the same state after
it became available.
**Time Period:** Only purchases from November 14, 2005 to
April 29, 2011 are included.

**What are your Options?**
If you think you are a Class member, get more information
here: www.wxlclassaction.com or 800-358-6980. Class
members must decide whether to stay in the Class, exclude
themselves from the Class, and/or file a claim for the
Valeant Settlement within the deadlines set by the Court.
More information about your options and deadlines is
available on the website or by calling the toll-free number.
**YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE
APPROACHING**

# San Jose Mercury News

750 RIDDER PARK DRIVE
SAN JOSE, CALIFORNIA  95190
408-920-5332

## PROOF OF PUBLICATION
### IN THE
### CITY OF SAN JOSE
### STATE OF CALIFORNIA
### COUNTY OF SANTA CLARA

HG MEDIA GROUP LLC
1515 MARKET STREET,STE 1700
PHILADELPHIA PA  19102

### FILE NO.  Wellbutrin

In the matter of

The San Jose Mercury News

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the city of San Jose in said County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, case numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000 and following, of the Government Code of the State of California and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests or published for the entertainment or instruction of a particular class, professional, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professionals, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said city of San Jose in said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**4/1/2013**

Dated at San Jose, California
04/01/13

I declare under penalty of perjury that the foregoing is true and correct.

Signed _____

Principal clerk of the printer and publisher of the San Jose Mercury News.

Legal No.        **0004812076**

---

### If you Bought Wellbutrin XL®
### or its Generic Equivalent
### A class action lawsuit could affect you

There is a lawsuit against  Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline  and  GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class ac-tion on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE:**
www.wxlclassaction.com or 800-358-6980.

**What is this case about?**
The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive ge-neric versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**
**As a Consumer,** you may be included if you paid all or part of the pur-chase price for the 150mg and/or 300mg dosage of Generic XL for pur-chases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included.
**As a Third-Party Payer,** you are a member of the Class if you: (1) pur-chased Generic XL in California, Florida, Nevada, New York, Tennes-see and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL  in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became availa-ble.
**Time Period:** Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?**
If you think you are a class member, get more information here: www .wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.

**YOUR RIGHTS MAY BE AFFECTED,
AND DEADLINES ARE APPROACHING**

SJMN#4812076                                    April 1, 2013

# DECLARATION OF PUBLICATION OF
SAN FRANCISCO CHRONICLE

**If you Bought Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit
could affect you**

There is a lawsuit against Valeant
Pharmaceuticals, Inc., formerly Biovail
Corp. ("Biovail"), and SmithKline
Beecham Corporation doing business
as GlaxoSmithKline and GlaxoSmith-
Kline plc (collectively "GSK") (together
with Biovail, "Defendants"), the com-
panies that manufactured and mar-
keted the antidepressant Wellbutrin
XL. The Court in charge of the lawsuit
has decided that it should be a class
action on behalf of a "Class," or group
of people and entities, that could in-
clude you. There is also a proposed
settlement with Valeant that may enti-
tle you to money.
**GET MORE INFORMATION HERE:**
**www.wxlclassaction.com or
800-358-6980.**
**What is this case about?**
The lawsuit claims that Defendants hurt
competition and violated state laws in
California, Florida, Nevada, New York,
Tennessee, and Wisconsin by unlaw-
fully delaying the availability of less
expensive generic versions of the drug
("Generic XL"). As a result, the lawsuit
claims, certain consumers and third-
party payers (defined below) paid too
much for the products in these states.
Defendants deny any wrongdoing.
**Are you included?**
**As a Consumer,** you may be included if
you paid all or part of the purchase
price for the 150mg and/or 300mg
dosage of Generic XL for purchases
made in California, Florida, Nevada,
New York, Tennessee and/or Wiscon-
sin. Consumers whose insurance
plans require them to make a flat co-
payment (e.g. $5 for a generic drug
prescription) are not included in the
Class, while consumers who are obli-
gated to pay a percentage of the pur-
chase price (e.g. 20% of the price for
a generic prescription) are included.
**As a Third-Party Payer,** you are a
member of the Class if you: (1) pur-
chased Generic XL in California, Flor-
ida, Nevada, New York, Tennessee
and/or Wisconsin; and/or (2) pur-
chased 150 mg or 300 mg Wellbutrin
XL in California, Florida, Nevada, New
York, Tennessee and/or Wisconsin be-
fore Generic XL was available for such
dosages AND purchased Generic XL in
the same state after it became avail-
able.
**Time Period:** Only purchases from No-
vember 14, 2005 to April 29, 2011 are
included.
**What are your Options?**
If you think you are a Class member,
get more information here:
**www.wxlclassaction.com or 800-
358-6980.** Class members must de-
cide whether to stay in the Class, ex-
clude themselves from the Class,
and/or file a claim for the Valeant Set-
tlement within the deadlines set by
the Court. More information about
your options and deadlines is avail-
able on the website or by calling the
toll-free number.
**YOUR RIGHTS MAY BE
AFFECTED, AND DEADLINES ARE
APPROACHING.**

Lori Gomez

Declares that:
The annexed advertisement has been regularly published
In the

SAN FRANCISCO CHRONICLE

Which is an was at all times herein mentioned
established as newspaper of general circulation in the
City and County of San Francisco, State of California, as
the term is defined by Section 6000 of the Government
Code

SAN FRANCISCO CHRONICLE

(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From _____ 4/1/13

To _____ 4/1/13

Namely on _____ 4/1/13

(Dates of Publication)

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on _____ 4/1/13

At San Francisco, California



## U-T San Diego

P.O. Box 120191, San Diego, CA 92112-0191

# AFFIDAVIT OF PUBLICATION

THE GERO GROUP
630 W. GERMANTOWN PIKE
SUITE 300/URDANG
PLYMOUTH MEETING, PA  19462

STATE OF CALIFORNIA} ss.
 County of San Diego}

The Undersigned, declares under penalty of perjury
under the laws of the State of California: That she is a
resident of the County of San Diego. That she is and at all
times herein mentioned was a citizen of the United States, over the age
of twenty-one years, and that she is not a party to, nor interested in the
above entitled matter; that she is Chief Clerk for the publisher of

### The San Diego Union-Tribune

a newspaper of general circulation , printed and published daily in the
City of San Diego, County of San Diego, and which newspaper is
published for the dissemination of local news and intelligence of a
general character, and which newspaper has been established, printed and
mentioned had and still has a bona fide subscription list of paying
subscribers, and which newspaper has been established, printed and
published at regular intervals in the said City of San Diego, County of
San Diego, for a period exceeding one year next preceding the date of
publication of the notice hereinafter referred to, and which newspaper is
not devoted to nor published for the interests, entertainment or
instruction of a particular class, profession, trade, calling, race, or
denomination, or any number of same; that the notice of which the
annexed is a printed copy, has been published in said newspaper in
accordance with the instructions of the person(s) requesting publication,
and not in any supplement thereof on the following dates, to wit:

Apr 1, 2013

*Chief Clerk for the Publisher*

5/10/13
*Date*

**Affidavit of Publication of**

Legal Advertisement
Ad # 0010730462#
ORDERED BY: BOB GERO

### If you Bought Wellbutrin XL®
### or its Generic Equivalent
#### A class action lawsuit could affect you

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE:**
**www.wxlclassaction.com or 800-358-6980.**

**What is this case about?**

The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**

**As a Consumer,** you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included.

**As a Third-Party Payer,** you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available.

**Time Period:** Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?**

If you think you are a Class member, get more information here: www.wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.

*YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING*

# The Tampa Tribune

Published Daily

Tampa, Hillsborough County, Florida

**If you Bought Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit could affect you**

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE:
www.wxlclassaction.com or 800-358-6980.
What is this case about?**
The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**
**As a Consumer**, you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included.
**As a Third-Party Payer**, you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available.
**Time Period:** Only purchases from November 14, 2005 to April 29, 2011 are included.
**What are your Options?**
If you think you are a Class member, get more information here: www.wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.
**YOUR RIGHTS MAY BE AFFECTED. AND DEADLINES ARE APPROACHING.**
#1670                              4/1/2013

State of Florida }

County of Hillsborough } SS.

Before the undersigned authority personally appeared C. Pugh, who on oath says that she is the Advertising Billing Analyst of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of the

Legal Ads   IN THE   Tampa Tribune

In the matter of                    Legal Notices

was published in said newspaper in the issues of

04/01/2013

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.



Sworn to and subscribed by me, this 1 day
of April , A.D. 2013

Personally Known ✓ or Produced Identification ___
Type of Identification Produced _____

Notary Public State of Florida
Charlotte A Offner
My Commission DD895783
Expires 06/03/2013



**Miami Herald**
MiamiHerald.com

**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally
appeared:

    **JEANNETTE MARTINEZ**

Who on oath says that he/she is

    **CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at
Miami in Miami-Dade County, Florida; that the
attached copy of advertisement was published in said
newspaper in the issues of:

**April 1, 2013**

Affiant further says that the said The Miami Herald
is a newspaper published at Miami, in the said
Miami-Dade County, Florida and that the said
newspaper has heretofore been continuously published
in said Miami-Dade County, Florida each day and has
been entered as second class mail matter at the post
office in Miami, in said Miami-Dade County, Florida,
for a period of one year next preceding the first
publication of the attached copy of advertisement;
and affiant further says that he has neither paid nor
promised any person, firm or corporation any discount,
rebate, commission or refund for the purpose of
securing this advertisement for publication in the said
newspapers(s).

Sworn to and subscribed before me this
    10th day of May, 2013

My Commission
Expires: _____August 1, 2014_____
    Silvia Sendra

_____
    Notary



SILVIA SENDRA
MY COMMISSION # DD 977782
EXPIRES: August 1, 2014
Bonded Thru Notary Public Underwriters



**STATE OF FLORIDA**
**COUNTY OF ALACHUA**

Published Daily and Sunday
**GAINESVILLE, FLORIDA**

Before the undersigned authority personally appeared _____ Ernest Blake III _____

who on oath says that he is __Classified Legal Clerk_____ of THE GAINESVILLE SUN, a daily

newspaper published in Gainesville in Alachua County, Florida, that the attached copy of advertisement, being a

_____ Classified Legal Display Ad, If you Bought Wellbutrin XL or its Generic Equivalent _____

in the matter of__a lawsuit against Valeant Pharmaceuticals, Inc. formerly Biovail Corp.

in the __classified legal section of The Gainesville Sun_____, was published in

said newspaper in the issue of, _____ Monday, April 1, __2013.

Affiant further says that THE GAINESVILLE SUN is a newspaper published at Gainesville, in said Alachua County, Florida, and that the said newspaper has heretofore been continuously published in said Alachua County, each day, and has been entered as second class mail matter at the post office in Gainesville, in said Alachua County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount for publication in the said newspaper.

Sworn to and subscribed before me this
_____ day of _April__ A.D. 2013 .

_____
(Seal)                    Notary Public

CECILE S. FEAGLE
Commission # EE 99363
My Commission Expires 08-06-2015
Bonded Through
Western Surety Company

# THE NEWS-PRESS
*Published every morning*
*Daily and Sunday*
*Fort Myers, Florida*
## Affidavit of Publication
### STATE OF FLORIDA
### COUNTY OF LEE

Before the undersigned authority, personally appeared **Kathy Allebach** <u>who on oath says that he/she is the</u> **Legal Assistant** of the News-Press, a daily newspaper, published at Fort Myers, in Lee County, Florida; that the attached copy of advertisement, being a

<u>Notice of Action</u>
In the matter of:
**Purchase of Wellbutrin XL or its Generic Equivalent**
<u>In the court was published in said newspaper</u>
<u> in the issues of</u>

## April 1, 2013

Affiant further says that the said News-Press is a paper of general circulation daily in Lee, Charlotte, Collier, Glades and Hendry Counties and published at Fort Myers, in said Lee County, Florida and that said newspaper has heretofore been continuously published in said Lee County; Florida, each day, and has been entered as a second class mail matter at the post office in Fort Myers in said Lee County, Florida, for a period of one year next preceding the first publication of the attached copy of the advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this 1st day of April, 2013.

by **Kathy Allebach**
<u>personally known to me</u>

_____

as identification, <u>and who did</u> or did not take an oath.

Notary Public

Print Name: **Jessica Hanft**
My commission Expires:  **February 12, 2017**



JESSICA HANFT
MY COMMISSION # EE874397
EXPIRES February 12, 2017
(407) 398-0153    FloridaNotaryService.com

---

If you Bought Wellbutrin XL or its Generic Equivalent A class action lawsuit could affect you

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE:**
www.wxldesaction.com or 800-358-6980.

**What is this case about?**
The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**
As a Consumer, you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee, and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included.

As a Third-Party Payer, you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee, and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages, AND purchased Generic XL in the same state after it became available.

Time Period: Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?**
If you think you are a Class member, get more information here www.wxldesaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the

# RENO NEWSPAPERS INC
## Publishers of
### Reno Gazette-Journal
**955 Kuenzli St ● P.O. Box 22,000 ● Reno, NV 89520 ● 775.788.6200**
**Legal Advertising Office 775.788.6394**

HG MEDIA GROUP, LLC
1515 MARKET STREET, SUITE 1700
PHILADELPHIA, PA 19102

Customer Acct# 314657
PO# CLASS ACTION LAW
Ad# 2000000341
Legal Ad Cost  $0.00

STATE OF NEVADA
COUNTY OF WASHOE

Being first duly sworn, deposes and says: That as the legal clerk of the Reno Gazette-Journal, a daily newspaper of general circulation published in Reno, Washoe County, State of Nevada, that the notice referenced below has published in each regular and entire issue of said newspaper between the dates: **04/01/2013 - 04/01/2013**, for exact publication dates please see last line of Proof of Publication below.

Subscribed and sworn to before me

Signed: _K. Penstrom_

APR  4 2013

GINA BRILES
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 11-6105-2 - Expires October 10, 2015

### Proof of Publication

IF YOU BOUGHT WELLBUTRIN XL OR ITS GENERIC EQUIVALENT A CLASS ACTION LAWSUIT COULD AFFECT YOU  There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "De-fendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money. GET MORE INFORMATION HERE:  www.wxlclassaction.com or 800-358-6980. What is this case about?  The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing. Are you included?  As a Consumer, you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose

Case 2:08-cv-02433-GAM   Document ...   Filed ...   Page 24 of 34

# The New York Times

620 8TH AVENUE · NEW YORK, NY 10018

## CERTIFICATION OF PUBLICATION

APR 02 2013 _____ 20 ___

B 10

I, Alice Weber _____, in my capacity as a Principal Clerk of the Publisher of **The New York Times**, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

APR 02 2013 _____ 20 ___

Approved:

*Maria Parnello*

*Alice Weber*

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

**YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING**

**If you Bought Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit could affect you**

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and GlaxoSmithKline Corporation doing business as GlaxoSmithKline and SmithKlineBeecham plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court is in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement that may entitle you to money.

**What is this case about?**

The lawsuit claims that Defendants hurt competition and restricted entry into the generic equivalent of Wellbutrin XL in the markets in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug "Generic XL." As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you Included?**

As a Consumer, you may be included if you paid for all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for personal use in California, Florida, Nevada, New York, Tennessee and/or Wisconsin between ___ when ___ purchased it was available for sale through pay and/or Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. As a Third-Party Payer, you are a member of the class if you: (11) purchased Generic XL in California, Florida, Nevada, New York, Tennessee, and/or Wisconsin and/or (2) purchased 150 mg and/or 300 mg Wellbutrin XL ... If you are a general prescription drug that are included.

... excludes those who are excluded ... certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**What are your Options?**

If you think you are a Class member, get more information here: **www.xldlassaction.com** or call **800-358-6980**. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file objections to the Proposed Settlement within the deadlines set by the Court. More information about these options is online at www.xldlassaction.com or by calling 800-358-6980. Third-Party Only purchases from November 4, 2005 to April 29, 2011 are included.

**GET MORE INFORMATION HERE:
www.xldlassaction.com or 800-358-6980.**

5407-FEB 08

HG MEDIA GROUP LLN
1515 MARKET ST STE 1700
PHILADELPHIA, PA 191021926

State of New York
County of Monroe
City of Rochester

JAMYE POTUCEK ------ being duly sworn, deposes and says
that this person is the principal clerk in the office of

Democrat & Chronicle

A daily newspaper published in the City of Rochester,
County and State aforesaid, and that a notice of which
is annexed is a printed copy, was published in the said
paper on the following dates:

TO RUN

04/01/2013

Sworn before me on
04/01/2013

This advertisement is invoiced under
P.O.          LEGAL NOTICE If you Bought  Wellbutrin X
AD #          1011044360
ACCOUNT #     2159725053HGME
Key Code

And published on each of  1 insertion in class CL Legals 4900-4910
And in 107 lines
for charges due and payable to
The Gannett Rochester Newspapers
in the amount of 165.16

Signed     *Jamye L Potucek*

           *Nancy a. Meloni*

Notary Public or Commissioner of Deeds
      NANCY A. MELONI
      Commissioner of Deeds
      State of New York
      Monroe County
Commission Expires ___6/8/13___

---

**LEGAL NOTICE**
If you Bought
Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit
could affect you

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the anti-depressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money. **GET MORE INFORMATION HERE:** www.wxlclassaction.com or 800-358-6980.

**What is this case about?** The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you Included?** As a Consumer, you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included. As a Third-Party Payer, you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available. **Time Period:** Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?** If you think you are a Class member, get more information here: www.wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class; and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.

**YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING**
HLZ-1x

**State of New York** | SS:

COUNTY OF NEW YORK

*Michelle Ketcham* being duly sworn, says that he/she is the principal Clerk of the Publisher of the

# New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the ___1st___ day of ___April___ 2013

*Michelle Ketcham*

Sworn to before me this _____ day

of ___April___ 2013

_____

NOTARY PUBLIC

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2016

---

**If you Bought Wellbutrin XL®
or its Generic Equivalent
A class action lawsuit could affect you**

There is a lawsuit against Valeant Pharmaceuticals, Inc., formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

**GET MORE INFORMATION HERE:
www.wxlclassaction.com or 800-358-6980.
What is this case about?**
The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

**Are you included?**
**As a Consumer,** you may be included if you paid all or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a ge-neric prescription) are included.
**As a Third-Party Payer,** you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available.
Time Period: Only purchases from November 14, 2005 to April 29, 2011 are included.

**What are your Options?**
If you think you are a Class member, get more information here: www.wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number.
*YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING*

# The Post-Standard

## PROOF OF PUBLICATION

State of New York, County of Onondaga ss. Pamela Gallagher, of the City of Syracuse, in said County, being duly sworn, doth depose and says: this person is the Principal Clerk in the office of THE POST-STANDARD, a public newspaper, published in the City of Syracuse, Onondaga County, New York and that the notice, is an accurate and true copy of the ad as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following days, viz.:

Advertiser: HG MEDIA GROUP

Reference #: 0000434186                          PO #:

Product: Post-Standard-Full Run                  Start Date: 04/02/2013          End Date: 04/02/2013

Insertions:       1                              Run Dates:   04/02/2013

Pamela Gallagher
Principal Clerk
Subscribed and Sworn to before me, this 04/02/2013

LAURA M. SCATES
Notary Public, State of New York
No. 01SC6210783
Qualified In Onondaga County
My Commission Expires: 8/31/13

NOTARY PUBLIC, ONONDAGA COUNTY, NY Commission Expires

0101639334                    **Affidavit of Publications**

**Newspaper:**    THE TENNESSEAN

**State Of Tennessee**                                    **TEAR SHEET**
                                                         **ATTACHED**

**Account Number:**   508932
**Advertiser:** HG MEDIA GROUP LLC

RE:   If you Bought Wellbutrin XL  or its Gene

I,_____   Sales Assistant    for the

above mentioned newspaper, hereby certify that the attached

advertisement appeared in said newspaper on the following dates:

4/1/2013 _____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subscribed and sworn to me this ___3___ day of _April_____, 2013

NOTARY PUBLIC

0101639336

# **Affidavit of Publications**

**Newspaper:**   Jackson Sun 7 Dav

**State Of Tennessee**

**Account Number:**   302505JS

**Advertiser:** HG MEDIA GROUP, LLC

**TEAR SHEET
ATTACHED**

RE:   <u>CLASS ACTION SETTLEMENT</u>

I,_____V Perry_____   **Sales Assistant**   for the

above mentioned newspaper, hereby certify that the attached

advertisement appeared in said newspaper on the following dates:

4/1/2013   _V Perry_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subscribed and sworn to me this ___3___ day of _April_, 2013

_Sela Bates_____
**NOTARY PUBLIC**

ELA BATES
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY
COMMISSION EXPIRES 5/5/15

0101639344                    **Affidavit of Publications**

**Newspaper:**   Leaf Chronicle 7d

**State Of Tennessee**                                    **TEAR SHEET**
                                                          **ATTACHED**
**Account Number:**   00416901CL
**Advertiser:** HG MEDIA GROUP, LLC


RE:    CLASS ACTION SETTLEMENT


I,_____   **Sales Assistant**   for the

above mentioned newspaper, hereby certify that the attached

advertisement appeared in said newspaper on the following dates:

4/1/2013 _____


_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subscribed and sworn to me this ____3____ day of _April_, 2013


_____
**NOTARY PUBLIC**

LELA BATES
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY
MY COMMISSION EXPIRES 5/5/15



# GREEN BAY PRESS-GAZETTE
## GREENBAYPRESSGAZETTE.COM
### Delivering Customers. *Driving Results.*

**A GANNETT COMPANY**

---

**STATE OF WISCONSIN**
**BROWN COUNTY**

THE GERO GROUP
630 W GERMANTOWN PIKE STE 300
PLYMOUTH MEETING, PA 14962

### Natalie Bridenhagen

Being duly sworn, doth depose and say that she/he is an authorized representative of the Green Bay Press Gazette, a newspaper published in Brown and Kewaunee Counties, Wisconsin, and that an advertisement of which the annexed is a true copy, taken from said paper, which was published therein on

Account Number: 517451

**Ad Number: 6769224**

Published Date:  April 01, 2013
**Total Ad Cost: $62.72**

(Signed) _____  (Date) 4/1/13
                    Legal Clerk

Signed and sworn before me

_____
Notary Public, Brown County, Wisconsin

My commission expires 10/6/2013 _____

THE GERO GROUP
Re: class actio

---

If you Bought Wellbutrin XL or its Generic Equivalent A class action lawsuit could affect you

There is a lawsuit against Valeant Pharmaceuticals, Inc. (formerly Biovail Corp. ("Biovail"), and SmithKline Beecham Corporation doing business as GlaxoSmithKline and GlaxoSmithKline plc (collectively "GSK") (together with Biovail, "Defendants"), the companies that manufactured and marketed the antidepressant Wellbutrin XL. The Court in charge of the lawsuit has decided that it should be a class action on behalf of a "Class," or group of people and entities, that could include you. There is also a proposed settlement with Valeant that may entitle you to money.

GET MORE INFORMATION HERE www.wxlclassaction.com or 800-358-6980.

What is this case about? The lawsuit claims that Defendants hurt competition and violated state laws in California, Florida, Nevada, New York, Tennessee, and Wisconsin by unlawfully delaying the availability of less expensive generic versions of the drug ("Generic XL"). As a result, the lawsuit claims, certain consumers and third-party payers (defined below) paid too much for the products in these states. Defendants deny any wrongdoing.

Are you included? As a Consumer, you may be included if you paid a or part of the purchase price for the 150mg and/or 300mg dosage of Generic XL for purchases made in California, Florida, Nevada, New York, Tennessee and/or Wisconsin. Consumers whose insurance plans require them to make a flat co-payment (e.g. $5 for a generic drug prescription) are not included in the Class, while consumers who are obligated to pay a percentage of the purchase price (e.g. 20% of the price for a generic prescription) are included. As a Third-Party Payer, you are a member of the Class if you: (1) purchased Generic XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin; and/or (2) purchased 150 mg or 300 mg Wellbutrin XL in California, Florida, Nevada, New York, Tennessee and/or Wisconsin before Generic XL was available for such dosages AND purchased Generic XL in the same state after it became available. Time Period: Only purchases from November 14, 2005 to April 29, 2011 are included. What are your Options? If you think you are a Class member, get more information here: www.wxlclassaction.com or 800-358-6980. Class members must decide whether to stay in the Class, exclude themselves from the Class, and/or file a claim for the Valeant Settlement within the deadlines set by the Court. More information about your options and deadlines is available on the website or by calling the toll-free number. YOUR RIGHTS MAY BE AFFECTED, AND DEADLINES ARE APPROACHING. Apr. 1, 2013 WNAXLP

---

GANNETT WI MEDIA
435 EAST WALNUT ST.
PO BOX 23430
GREEN BAY, WI 54305-3430

# GANNETT
## Wisconsin Media
### Delivering Customers. *Driving Results.*

PHONE
FAX
EMAIL  legals@greenbay

**MILWAUKEE**
**JOURNAL SENTINEL**
jsonline.com
**OPEN YOUR WORLD**

AFFIDAVIT OF PUBLICATION

**0004191122**

HG MEDIA GROUP LLC
1515 MARKET ST., STE 1700
ATTN BOB GERO

Philadelphia, PA      19102

Chris DeRosier hereby states that he is authorized by Journal
Communications Inc. to certify on behalf of Journal Sentinel Inc.,
publisher of the Milwaukee Journal Sentinel and The Sunday Journal
Sentinel, public newspapers of general circulation, printed and
published in the city and county of Milwaukee; published in the
Daily Edition of the Milwaukee Journal Sentinel on **4/1/2013**; that
the Milwaukee Journal Sentinel and The Sunday Journal Sentinel are
newspapers printed in the English language and that said printed
copy was taken from said printed newspaper(s).

_____
Chris DeRosier

State of Wisconsin

County of Milwaukee

Subscribed and sworn before me this _____4_____ day of _____Apr_____ ,2013.

_____Terri Rose_____

Notary Public State of Wisconsin

My Commission Expires _____1-25-15_____

TERRI ROSE
NOTARY
PUBLIC
STATE OF WISCONSIN

For Office Use Only
Preparer's Initials: vw

1) Facebook only shows 28 days at a time, but our ad didn't get approved/start running until April 3 anyway. I've given you the two versions:
file name: "Facebook 2...png" — Use this, and I've gotten rid of the costs, but no dates show.
file name: Facebook 3...png" — Or maybe this one works better for you and, you can white out costs — but it shows the dates (April 3-30)

2) **Google AdWords** should be what you want. If you need, white out the $500/day budget line.

All online campaigns >

☰ Campaign: Wellbutrin Settlement

| Custom |
| Apr 1, 2013 - Apr 30, 2013 |

☀ Enabled   Type: Search & Display Networks - Standard  Edit   Budget: $500.00/day Edit   Targeting: California, United States)

more) Edit.

| Ad groups | Settings | Ads | Keywords | Ad extensions | Dimensions |

| All but deleted ads ▼ | Segment ▼ | Filter ▼ | Columns ▼ | ⌁ | ± | | Search |

| ▦ Clicks ▼ | vs | None ▼ |

| + New ad ▼ | | Edit ▼ | Automate ▼ | More actions ▼ | Ad group ▼ | Labels ▼ | Status ? | Labels ▼ |

| | Ad | | | | | | |
|---|---|---|---|---|---|---|---|

| | | | | | % Served ? | ↓Clicks ? | Impr. ? | CTR ? |
|---|---|---|---|---|---|---|---|
| ☐ | = | Took medication? You may be entitled to $ from class action lawsuit settlement. www.rxiclassaction.com | Wellbutrin Settlement | ☐ Campaign ended | 94.44% | 6,604 | 1,859,396 | 0.36% |
| | Total - all deleted ads | | | | | 385 | 109,547 | 0.35% |
| | Total - all but deleted ads ? | | | | | 6,604 | 1,859,396 | 0.36% |
| | Total - Search ? | | | | | 38 | 18,734 | 0.20% |
| | Total - Display Network ? | | | | | 6,951 | 1,950,209 | 0.36% |
| | Total - all campaign ? | | | | | 6,989 | 1,968,943 | 0.35% |

Sho

Gmail - Additional screenshots for Wellbutrin affidavit
Case 2:08-cv-02433-CMR Document 459-6 Filed 05/15/13 Page 34 of 34
Page 2 of 3






One to One Interactive