# EXHIBIT R

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re WELLBUTRIN XL ANTITRUST LITIGATION | Civil Action No.:  2:08-cv-2433 |
| THIS DOCUMENT RELATES TO: | Honorable Mary A. McLaughlin |
| INDIRECT PURCHASER ACTIONS | |

**DECLARATION OF RICHARD P. ROUCO IN SUPPORT OF PLAINTIFFS'**
**APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**

## DECLARATION OF RICHARD P. ROUCO

I, Richard P. Rouco, declare as follows:

1.      I am an attorney in good standing, duly licensed and admitted to the State Bar of Alabama, and a partner in the law firm Quinn, Connor, Weaver, Davies & Rouco, LLP.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.  I make this declaration in support of my firm's request for attorneys' fees and reimbursement of litigation expenses, as set forth in Plaintiffs' Application for Attorneys' Fees, Expenses and Incentive Awards.

2.      My firm is counsel of record in the consolidated case of IBEW-NECA, Local 505 Health & Welfare Fund v. Biovail Corp. et. al., 2:08-cv-2686-MAM, and represents IBEW-NECA, Local 505 Health & Welfare Fund.  A consolidated end-payors' complaint was filed on July 10, 2008. (Doc. No. 19) A brief description of my firm is attached as Exhibit A and incorporated herein by reference.

3.      My firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred, and transmitted a summary of those reports to Co-Lead Class Counsel on a regular basis.  All of the time and expenses reported by my firm were incurred for the benefit of the Indirect-Purchaser Plaintiffs (IPPs).

4.      During the course of this litigation, my firm has been involved in a multitude of tasks and activities on behalf of the IPPs.  These tasks and activities were performed in coordination with and/or at the direction of co-lead counsel.  Such tasks included, but were not limited to: working on the consolidated amended complaints and responding to defendant's motions to dismiss; document review; work on class certification; conducting factual and/or legal research and analysis where required in connection with pleadings, motion practice and the case generally; conducting expert discovery; preparing for and attending depositions; and participation in strategic conferences with co-lead counsel and the other members of the Executive Committee; working on issues of allocation of the settlement funds between different types of end payors.  In addition, we made significant contributions to the plaintiffs' litigation

1

fund.

5.      My firm submitted our detailed time records to Co-Lead Class Counsel for submission to the Court *in camera*. These contemporaneous time records were regularly prepared and maintained by my firm.  The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit B are their current rates, and are the usual and customary hourly rates charged for these professionals' services in similar complex litigation. These time records do not include any time devoted to preparing this declaration or otherwise pertaining to the Fee Petition.

6.      The total number of hours reasonably expended on this litigation by my firm from inception to April 30, 2013 is 139.80 hours.  The total lodestar for my firm at current rates is $72,375.00.  The lodestar calculation is based on my firm's current rates.  Expense items are billed separately and are not duplicated in my firm's lodestar.

7.      The expenses my firm incurred in litigating this action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, check records and other source materials and accurately reflect the expenses incurred.

8.      My firm incurred a total of $10,000.00 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation.  This entire amount was for assessment payments to the litigation fund Co-Lead Class Counsel established for the common expenses incurred in the prosecution of this case or direct payments to experts or other vendors made at the request of Co-Lead Counsel.

9.      I declare under penalty of perjury under the laws of the United States and the State of Alabama that the foregoing is true and correct.

Executed on May 13, 2013, Birmingham, Alabama.

Richard P. Rouco

2

# EXHIBIT "A"

# QUINN, CONNOR, WEAVER, DAVIES AND ROUCO LLP

## BIOGRAPHY

The attorneys of Quinn, Connor, Weaver, Davies, & Rouco LLP, have represented labor organizations, union members, pension and benefit trust funds and individual employees across a wide spectrum of labor and employment law throughout the southeast United States for more than twenty five years.   The attorneys at Quinn Connor have developed well recognized expertise in labor law and ERISA.  They fight to advance the rights of employees collectively and individually.  By their representation of ERISA regulated plans, they defend the rights that workers have earned in collective bargaining.

In our Union-side practice, our attorneys represent Local, District and International Unions in all areas of labor law before administrative agencies, in state and federal courts, in labor arbitrations, and in collective bargaining throughout the United States.

In our work with individual employees, our attorneys represent employees in the federal courts in numerous employment-related areas, including class actions, ERISA benefit claims, wage and hour litigation, race, age, gender or disability-related discrimination and retaliation. We also assist individuals seeking benefits from work-related injuries, black lung benefits and social security disability, and those suffering personal injuries. The firm also maintains an employment mediation practice.

The firm also represents plaintiffs in complex litigation involving enforcement of statutes regulating competition and sale of securities.  These practice areas grew out of the Firm's history of representing employees and pension and welfare benefit trust funds.

The firm represents numerous Taft-Hartley pension and welfare benefit trust funds in all areas of ERISA plan administration and litigation.

## Glen M. Connor

For the past two decades, Mr. Connor has represented employee benefit plans, unions, and employees.   He has developed a well-recognized expertise in ERISA and has represented employee benefits plans in numerous lawsuits across the United States. He has assumed primary responsibility in some of the largest 401(k) ERISA actions in the country.  Mr. Connor leads administrative matters related to the pension funds and health and welfare funds that the firm represents.   He also regularly represents labor unions in arbitration proceedings involving disputes over the application and interpretation of a collective bargaining agreements.  His practice is concentrated in the areas of ERISA, employee benefits, bankruptcy and pension plans.

He is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Third, Sixth, and Eleventh Circuits and U.S. District Courts for the Northern, Middle and Southern Districts of Alabama. Mr. Connor attended Birmingham-Southern College (B.A., cum laude, 1981) and the University of Alabama (J.D., 1984) where he was a member of the John A. Campbell Moot Court Board (1983-1984). He is a member of the Alabama State Bar and

American Bar Association.  Mr. Connor was born in Ft. Walton Beach, Florida.

Reported Cases: Rankin v. Rots, 220 F.R.D. 511 (E.D. Mich. 2004); Rankin v. Rots, F.Supp. 853 (E.D. Mich. 2003); McCoy v. Hess Oil of Virgin Islands, 206 F.Supp.2d 276 (D.V.I. 2002); United Steelworkers of America v. Cherokee Electric Co-op, 127 LRRM (BNA) 2375; 108 Lab.Cas. p. 10, 441; aff'd 829 F.2d 1131; cert. den. 458 U.S. 1038; 108 S.Ct. 1601 (1988); Operating Engineers Local 312 Health and Welfare Fund v. Rivers & Rhodes, Inc., 813 F.Supp. 791 (N.D. Ala. 1993); United Steelworkers of America v. Simcala, 111 F.Supp.2d 1287 (M.D. Ala. 2000); Kirwan v. Reynolds, 536 So. 2d 936 (Ala. 1988).
**e-mail: gconnor@qcwdr.com**


## Norman J. Slawsky

Norman Slawsky has served as the attorney for unions, employee benefit plans, employees, and other entities for more than thirty years.  His experience includes serving as general counsel for Taft-Hartley employee benefit plans and he is experienced in related litigation.  He has represented labor unions in arbitration proceedings and collective bargaining negotiations and he has represented plaintiffs and defendants in employment discrimination cases, ERISA, wage and hour cases, and other labor and employment cases.  Mr. Slawsky serves as an arbitrator on the American Arbitration Association Southeast Employment Panel and is the county attorney for Oglethorpe County, Georgia.

He has served as Chair of the State Bar of Georgia Labor and Employment Section and the Atlanta Bar Association Labor and Employment Section and is a member of the International Foundation of Employee Benefit Plans, the American Bar Association Labor and Employment Law Section, and the AFL-CIO Lawyer Coordinating Committee.  He is a Fellow of the College of Labor and Employment Lawyers and has a Martindale-Hubbell rating of "AV."

He has authored articles and has served as a speaker on employee benefits, labor and employment law, municipal law, and was a contributing author for How Arbitration Works.  He is admitted to the U.S. District Courts in Georgia, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Supreme Court, and is a member of the State Bar of Georgia.

Mr. Slawsky is a graduate of SUNY Binghamton with a B.A. in Economics, CUNY with an M.A. in Mathematics, and the University of Georgia School of Law with a J.D.


## Richard P. Rouco

The practice of Mr. Rouco is focused in the areas of class actions, antitrust, ERISA, union labor law, and securities fraud.  Mr. Rouco also has extensive experience representing Unions and/or their members in suits brought under the Labor Management Relations Act, Labor Management Reporting and Disclosure Act, the Fair Labor Standards Act, the WARN Act, ERISA and matters falling under the jurisdiction of the National Labor Relations Board.  He has handled a considerable number of cases before the NLRB.

As part of his experience representing employees, Mr. Rouco has actively litigated and settled wage and hour class actions. For example, Mr. Rouco recently was appointed co-Class Counsel in *Burgess et al. v. Tesoro Refining and Marketing Co.*, USDC Case No. CV 10-5870 VBF (C.D. Cal.), *Gardner v. Shell Oil Co. d/b/a Equilon Enterprises et. al.*, 2011 WL 1522377 (N.D. Cal. Apr. 11, 2011) and *Delagarza v. Tesoro Refining and Marketing*, 2011 WL 4017967 (N.D. Cal. Sept. 08, 2011). These cases involved litigation under California's wage and hour statutes. The district courts granted certification after extensive litigation on the class certification issue. The district court recently approved a Class Settlement in *Gardner v. Shell Oil* where the Class recovered approximately $10 million. In January 2010, Mr. Rouco was also part of a trial team that successfully tried an FLSA wage and hour collective action in *Johnson v. Koch Foods*, Case No. 2:07-cv-000051 (E.D. Tenn.). The favorable jury verdict on the issue of liability resulted in a settlement that benefitted over 1000 employees.

In addition to his experience as a labor union lawyer, Mr. Rouco has also developed an active practice in the area of antitrust and securities fraud litigation. His interest in antitrust litigation grew out of his experience representing working families and their Unions in disputes with multi-national corporations. He currently represents plaintiffs in several anti-trust cases alleging price fixing and other unlawful restraints of trade. Recently, Mr. Rouco substantially participated in *In Re Puerto Rican Cabotage Antitrust Litigation*, 815 F.Supp.2d 448 (D.P.R.2011). The Plaintiffs alleged that Defendants had engaged in a conspiracy to fix the prices for ocean shipping services to Puerto Rico. The district court approved certified a Settlement Class and approved a Class Settlement with a monetary value of approximately $65 million. He is involved in the *In Re American Express Anti-Steering Antitrust Litigation*, 11-md-2221-NGG-RER (E.D.N.Y) where Plaintiffs are challenging certain American Express network rules.

Mr. Rouco also has experience litigation securities fraud cases on behalf of institutional investors. Mr. Rouco substantially contributed in *Alaska Elec. Pension Fund v. Flowserve Corp.*, 572 F.3d 221 (5th Cir. 2009). The case involved a securities fraud allegation against the Defendant Flowserve arising from a restatement of financial statements. Though the district court granted summary judgment on the issue of "loss causation", the Fifth Circuit reversed the trial court's denial of class certification and granting of Defendants' motion for summary judgment. After reversal, the case settled on a class wide basis for approximately $50 million. Mr. Rouco continues litigating cases brought under the 1934 Securities Exchange Act and the Securities Act of 1933.

Mr. Rouco also represents and counsels Taft-Hartley funds with respect to various ERISA related issues. He has represented employees in ERISA litigation seeking recovery of benefits. Because of his ERISA background, Mr. Rouco was asked to teach ERISA seminars at the University of Alabama School of Law. As an adjunct professor, Mr. Rouco lectured students on ERISA's substantive and enforcement provisions.

Mr. Rouco is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama. He is a member of the Alabama State Bar and American Bar

3

Association. Mr. Rouco is a Board Member for the Greater Birmingham Ministries. He is the author of "Available Remedies Under ERISA," Section 502 45 Alabama Law Rev., 1994. In 2006, he addressed the Whatley Drake LLC Continuing Legal Education Conference on "The Basics of Antitrust Class Action Litigation," Complex Litigation, Mass Torts & Class Actions Continuing Legal Education Summit.

Mr. Rouco has also held several teaching positions including Adjunct Professor at the University of Alabama School of Law (2003-2004) and (2004-2005) and at Occidental College, Los Angeles, California (1989-1991); Graduate Teaching Fellow, Department of Philosophy at University of California, Irvine (1989-1990). He was a Research Assistant at the Alabama Law Institute (1992-1994).

He is a graduate of Florida State University (B.A., cum laude, 1987), University of California, Irvine (M.A., Candidate, 1991) and the University of Alabama School of Law (J.D., magna cum laude, 1994). In law school, he served as Senior Articles Editor, Alabama Law Review (1993-1994) and member, Order of the Coif. He was Most Outstanding Undergraduate, Florida State University College of Arts & Sciences (1987); Most Outstanding Student, Florida State University Department of Philosophy (1986-1987) and Recipient, University of California Regents Fellowship, (1987-1990). He was born in Miami, Florida, July 17, 1964.

Reported Cases: Adams v. United Steelworkers of America, 189 F.3d 1321 (11th Cir. 1999); Ryan et. al v. Flowserve Corp., 2007 WL 946052 (ED Tx); Boin v. Verizon South, 283 F.Supp. 2d 1254 (M.D. Ala. 2003); Estate of Rodriquez v. Drummond Company, 256 F.Supp. 2d 1250 (N.D. Ala. 2003); Williams v. United Steelworkers, 234 F.Supp. 2d 552 (M.D.N.C. 2002); United Steelworkers of America v. Ivaco, 216 F.R.D. 693 (N.D. Ga. 2002); Millcraft-SMS, LLC v. USW, 346 F. Supp. 2d 1176 (N.D. Ala. 2004); Delagarza v. Tesoro Refining and Marketing, 2010 WL 3490231 (N.D. Cal. 2010); Gardner v. Shell Oil, 2010 WL 1576457 (N.D. Cal. 2010); Williams v. Packaging Corp. of America, 2010 WL 1418378 (M.D. Ga. 2010); Kearse v. Kaplan, Inc., 692 F. Supp. 2d 398 (S.D.N.Y. 2010); Smith v. Laddin, 424 B.R. 529 (N.D. Ala., 2010); Fenwick v. The Advest Inc., 2009 WL 5184405 (D. Conn. 2009); In Re Verilink Corp., 2009 WL 4609308 (Bkrtcy. N.D. Ala. 2009); Johnson v. Koch Foods, Inc., 670 F. Supp. 2d 657 (E.D. Tenn. 2009); USW v. ConocoPhillips, 2009 WL 1610074 (C.D. Cal. 2009); Rodgers v. Averitt Express, Inc. 2008 WL 5120900 (N.D. Ala. 2008); Ryan v. Flowserve Corp. 245 F.R.D. 560 (N.D. Tex. 2007); Graphic Packaging International v. USW, 2007 WL 2275238 (M.D. Ga. 2007); McPhail v. First Command Financial Planning, 247 F.R.D. 598 (S.D. Cal. 2007); George v. LINA, 2007 WL 900836 (M.D. Ala. 2007); North Jackson Pharmacy Inc. v. Express Scripts et. al., 2006 WL 6625864 (N.D. Ala. 2006); Clavert v. Eljer Plumbingware Inc., 2005 WL 1683780 (N.D. Miss. 2005); Youngblood v. Potter, 262 F. Supp. 2d 1309 (M.D. Ala. 2003); Romero v. City of Clanton, 220 F. Supp. 2d 1313 (M.D. Ala. 2002); Tamko Roofing Products v. USW, 2000 WL 33711514 (N.D. Ala. 2000); USW v. Simcala, Inc., 111 F. Supp. 2d 1287 (M.D. Ala. 2000).

**e-mail: rrouco@qcwdr.com**

**Robert M. Weaver**

Mr. Weaver attended Bowdoin College (B.A., 1985) and the University of North Carolina School of Law (J.D., 1988). He is admitted to the Alabama and Georgia Bars, and the bars of U.S. Supreme Court, the 5th, 6th, 9th, 10th and 11th U.S. Circuit Courts of Appeal, and the U.S. District Courts in Alabama, Georgia and the Eastern District of Tennessee. Mr. Weaver authored the firm's Alabama Worker's Compensation and Americans with Disabilities Act publications for union members, and is a frequent speaker on labor law issues to bar and union audiences.

Mr. Weaver has been with the firm's Birmingham office since 1988, when he joined Stropp & Nakamura. Since that time he has represented union clients in all aspects of traditional employment law, including collective bargaining, arbitration and contract enforcement; organizing and practice before the NLRB; and litigation defense, including fair representation, discrimination, and claims arising from union selective strike and corporate campaigns. He currently serves as General Counsel of the Association of Minor League Umpires. In addition Mr. Weaver has represented Taft-Hartley funds, as well as individual employees in employment discrimination, Worker's Compensation and disability litigation.

Reported Cases: Petrella v. CWA, 250 Fed. Appx. 291, 2007 WL 2932012 (11th Cir. 2007); Taafe v. BellSouth, 204 Fed. Appx. 829, 2006 WL308536 (11th Cir. 2006); Golden v. CWA, 182 Fed. Appx. 459, 2006 WL 1359969 (6th Cir. 2006); Spry v. CWA Local 3104, 2008 WL 783749 (S.D. Fla. 2008); Uniroyal Goodrich Tire v. Riddle, 853 Supp. 1371 (M.D. Ala. 1994); MasTec, 356 NLRB No. 110 (2011); Southern Nuclear Operating Co., 348 NLRB No. 95 (2006); Wise Alloys, 123 LA 4 (2006); UA Local 760, 116 LA 710 (20010: Pacific Bell, 107 LA 6868 (1996).
**e-mail: rweaver@qcwdr.com**

**George N. Davies**

Mr. Davies is a partner in the Birmingham office and represents Unions, Taft-Hartley trust funds, and individuals in employment, occupational disease, benefit, and personal injury matters. He is currently the Union and Employee Co-Chair of the Antitrust, RICO and Labor Law Committee of the American Bar Association's Labor and Employment Law Section, and a member of its Committee on the Development of the Law under the NLRA and Occupational Safety and Health. He is also a member of the ABA's Litigation Section and its Committee on Business Torts Litigation. He is also a member of the AFL-CIO's Lawyers Coordinating Committee. He is admitted to practice in the state Bars of Alabama, Virginia, and West Virginia. Mr. Davies is also a contributing editor to the 4th Edition of the Developing Labor Law, having contributed to the drafting of Chapter 30, "RICO and Labor Law". He has argued cases before the United States Courts of Appeal for the District of Columbia, Eleventh, Sixth, and Fourth Circuits, and in many U.S. District Courts. From 1986 to 1991, Mr. Davies was an attorney with the United Mine Workers of America. Mr. Davies received his J.D. from Catholic University of America School of Law in 1986 and his B.S. in 1983 from Ithaca College.

Publications: Author, "Neutrality Agreements: Basic Principles of Enforcement and Available Remedies," 16 The Labor Lawyer, No. 2, Fall 2000; Author, "Compliance or Non-Compliance

with OSHA Regulations: Shield, Sword, Neither, or Both in Personal Injury Litigation?", Presented to the American Bar Association Committee on Occupational Safety and Health Law Mid-Winter Committee Meeting, 2001; Author, "Will the Supreme Court Apply the Brakes to RICO?", Birmingham Bar Association Bulletin, Spring 1994.
**e-mail: gdavies@qcwdr.com**


**Tessa Warren**

Ms. Warren is a partner in the Atlanta office. She attended Tulane Law School (J.D., 2003) and Tulane University (Magna Cum Laude, B.A., 1996). She is admitted to the U.S. District Court Northern District of Georgia. Ms. Warren is a member of the State Bar of Georgia, Labor and Employment Section, the Maryland State Bar Association and the American Bar Association.

Ms. Warren practices in Employment and Labor Law, including Federal employees, ERISA, International Litigation, Business Litigation, General Federal Litigation and Appellate Practice.
**e-mail: twarren@qcwdr.com**


**Abigail P. van Alstyne**

Ms. Alstyne is a graduate of Wellesley College and Boston University School of Law, has been a member of the Alabama State Bar since 1980, and is admitted to the 5th and 11th Circuit Courts of Appeal, all federal District Courts in Alabama, and the United States Supreme Court. Her background as a civil right activist in Mississippi during the 1960's led her to become a lawyer. Ms. van Alstyne worked for the Legal Services Corporation of Alabama, the Southern Poverty Law Center and as a clerk to U.S. Magistrate John L. Carroll before moving to Birmingham.

Before joining the firm in 2010, she represented nurses, restaurant servers, and industrial workers in Title VII and Fair Labor Standards cases for several years. Currently, Ms. van Alstyne represents miners and their survivors fighting for Black Lung benefits as well as employees with workers' compensation, disability, and wage and hour claims. She also handles cases involving discrimination, retaliation, and other civil rights matters.

Ms. van Alstyne has been a member of several local and state Bar committees, the American Bar Association, the Association of Trial Lawyers of America, and numerous community service organizations. She is also a volunteer mediator in Jefferson County District Court. She is co-author of Consumer Law Practice Manual and wrote a guide to the evaluation of Social Security disability claims.
**e-mail: avanalstyne@qcwdr.com**

6

**Burch Tipton**

Burch Tipton has been employed by Quinn Connor since October 2011. Mr. Tipton graduated from University of Memphis, Cecil C. Humphries School of Law in May, 2006. Mr. Tipton is a member of the Alabama State Bar. Since graduation, Mr. Tipton has worked on the following antitrust class actions: In Re Air Cargo Antitrust Litigation, 1:06-md-01775-JG-WP (E.D.N.Y); Marcus Corp. v. American Express Co., 04-cv-05432 (GBD)(S.D.N.Y); In Re American Express Anti-Steering Rules Antitrust Litigation, 1:11-md-02221-NGG-RER (E.D.N.Y.). In these cases, he has reviewed documents, prepared memoranda on specific legal issues raised in the cases and assisted in deposition preparation.

**John L. Quinn, Of Counsel**

John L. Quinn represents labor organizations and individuals in employment matters, including the area of health and safety and toxic tort litigation. He represents the Communications Workers of America, AFL-CIO, and serves as CWA District Counsel on a full time basis. He was instrumental in forming the firm. Mr. Quinn graduated cum laude from the University of Georgia School of Law and where he was a member of the editorial board of the Georgia Law Review. He is also a member of the Georgia Chapter of The Order of the Coif. Before entering private practice, Mr. Quinn served as counsel to member Howard Jenkins of the National Labor Relations Board and later as a Regional trial attorney.

Mr. Quinn is an active member of the AFL-CIO Lawyers Coordinating Committee and has chaired its Advisory Board; he is a longstanding member of the ABA's EEO Committee, having served as its Co-Chair from 1995-1997; Mr. Quinn is also a member of the National Employment Lawyers Association. In 1999, he was elected a Fellow of the College of Labor and Employment Lawyer. He is admitted to the bar of Georgia, Tennessee and Mississippi and is a member of their Labor and Employment Law Sections. Mr. Quinn is a neutral in employment matters, certified by the United States District Court for the Northern District of Alabama, and serves as a mediator to the EEOC. Mr. Quinn has been a frequent speaker at national employment law seminars sponsored by the LCC, American Bar Association, and the National Employment Lawyers Association. John Quinn was named 2005 Friend of Labor by the Alabama Organized Labor Awards Foundation.

**J. Michael Walls, Of Counsel**

Mr. Walls was born in La Grange, Georgia, on December 3, 1944. He was admitted to the Ohio bar in 1974, and the Georgia bar in 1975 after receiving degrees from Georgia Southern College (A.B., 1968); Cumberland School of Law of Samford University (J.D., cum laude, 1973). Mr. Walls served as an Assistant Attorney General in Georgia, from 1975-1977 and a Special Assistant State Administrative Law Judge, 1998-2001. He is the author of "Merger of Law and Equity in Alabama" 33 Alabama Lawyer 132, 1972; "NLRB Regional Director Has Discretion in Petitioning for Injunction After Determining Probable Unfair Labor Practice by Union" 33 Cumberland-Samford Law Review 226, 1972; "Problems and Solution in Exclusionary Zoning," 4 Cumberland-Samford Law Review 105, 1973; "The Law of Naturalization-A Uniform Law,

Devoid of Uniformity," 7 Cumberland-Samford Law Review 211, 1976; "Fifth Circuit Survey, Constitutional-Criminal Law," 27 Mercer Law Review 911, 1976.

Mr. Walls served as a member and chair of the Metropolitan Atlanta Rapid Transit Authority (MARTA) Board of Directors.  He also served as a member of the Advisory Board for the AFL-CIO Lawyer's Coordinating Committee from 1987-1990. Mr. Walls is a member of the State Bar of Georgia and the Atlanta Bar Association.  He served as President of the Labor Law Section of the Atlanta Bar from 1996-1997 and served as President of the Atlanta Chapter of the Industrial Relations Research Association from 1985-1987.  Mr. Walls currently practices Labor and Employment Law.

# EXHIBIT "B"

# FILED UNDER SEAL