```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: WELLBUTRIN XL              :      CIVIL ACTION
ANTITRUST LITIGATION              :      NO. 08-2433
                                  :
                                  :
THIS DOCUMENT RELATES TO:         :
INDIRECT PURCHASER ACTION         :
```

ORDER

AND NOW, this 30th day of June, 2015, upon consideration of defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc's (collectively, "GSK") Motion to Decertify the Indirect Purchaser Plaintiff Class ("IPC") (Docket No. 507), GSK's Motion to Exclude the Expert Opinions and Testimony of Meredith Rosenthal Regarding Ascertainability (Docket No. 532), the IPC's Motion Under Rule 702 of the Federal Rules of Evidence to Exclude Opinions and Testimony of Bruce A. Strombom (Docket No. 528), all oppositions and replies thereto, and after hearing oral argument on these motions on May 29, 2015, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

    1.   GSK's Motion to Decertify the IPC is GRANTED.

    2.   GSK's Motion to Exclude the Expert Opinions and Testimony of Meredith Rosenthal Regarding Ascertainability is GRANTED.

3. The IPC's Motion Under Rule 702 of the Federal Rules of Evidence to Exclude Opinions and Testimony of Bruce A. Strombom is DENIED.

4. The indirect purchaser litigation class certified by the Court's orders of August 12, 2011 (Docket No. 354) and August 30, 2011 (Docket No. 357) is DECERTIFIED.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.